IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01558-PAB

TAMMY JAN DEASON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

# ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Motion for Withdrawal of Counsel [Docket No. 24]. It is

    **ORDERED** that defendant's Motion for Withdrawal of Counsel [Docket No. 24] is granted. It is further

    **ORDERED** that Christina J. Valerio is withdrawn as counsel of record for defendant. The Clerk shall terminate electronic service.

    DATED February 12, 2015.